MAE SMITH, Formerly MAE GRIFFITH, Respondent, v. TREPEL FLORIST, INC., Defendant, and A. I. NAMM & SON, INC., Sued Herein as A. I. NAMM COMPANY, Appellant.— Judgment against appellant, A. I. Namm & Son, Inc., reversed upon the law and the facts, with costs, and complaint dismissed, with costs, upon the ground that plaintiff failed to establish a cause of action against said appell nt. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

BENJAMIN CRANE, Respondent, v. EDLIN, INCORPORATED, Appellant.— Application denied, with ten dollars costs.

HARRIETTE FAALAND, Respondent, v. SOL COHEN, Appellant.— Application denied, with ten dollars costs.

IDA LEPO, Appellant, v. JACOB FALK and Others, Defendants. PHILIP UHR, Respondent.— Application denied, with ten dollars costs.

HAROLD E. RYAN, Appellant, v. FRANK ELKIN, etc., Respondent.— Application denied, with ten dollars costs.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION in Respect of GEORGE J. LESSER, an Attorney.— Motion for reargument of motion denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of MAXWELL M. MOZOR, an Attorney and Counselor at Law.— Application denied and proceeding dismissed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JACOB P. NATHANSON, an Attorney and Counselor at Law.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of LOUIS J. FEINSTEIN, Also Known as LEWIS J. FEINSTEIN, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of MICHAEL H. GRAE, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of HENRY KLAUBER, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

In the Matter of JOHN P. TIERNAN, an Attorney.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and report with his opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

ALEXANDER POLIN, Substituted in Place and Stead of JOSEPH RUDDOCK, Deceased, etc., Respondent, v. SAM KAPLAN, as President, etc., and Others, Appellants.— In view of the decision in Polin v. Kaplan (post, p. ——), affirming the judgment of dismissal, decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.